IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES L. VAN SICKLE, | ) | Case No. 4:04CV3239 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BILLY JOE MIZE; DERREL E. WALL; DON HAMPTON; GLEN GOGGINS; JAMES GRIMES; KAY WALL; KEITH ARTERBURN; LEONARD STEVENSON; MIKE FREEMAN; RALPH COLLINS; OWEN ANDERSON; TIMOTHY LOWENSTEIN; WILLIAM HASELWOOD; JOHN DOE(S); JANE DOE(S); NORTH OMAHA CHURCH OF CHRIST; CORNHUSKER CHRISTIAN CHILDREN'S HOME, A.K.A. (CCCH), *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

This matter is before the Court on the Motion for Extension of Time to Reply (Filing No. 77) filed by defendants Keith Arterburn, Mike Freeman, Billy Joe Mize, Timothy Lowenstein, Derrel Wall, Kay Wall, and William Hazelwood. These defendants seek an extension of time to reply to Plaintiff's brief and evidence (Filing No. 74) in opposition to their respective motions to dismiss (Filing Nos. 39, 43, and 60). Upon review of the record, the Court grants defendant's motion and the defendants are given leave to file their reply *instanter*.

Dated this 20th day of June, 2005.

s/ Joseph F. Bataillon
United States District Judge

L0651160.1