IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES L. VAN SICKLE, | ) | |
| | ) | 4:04CV3239 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BILLY JOE MIZE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

   This matter is before the court on filing no. 87, the motion for an extension of time, filed by the plaintiff. The plaintiff requests an extension of time in which to file a brief in response to filing no. 86. Upon review of the record, I will grant the motion, and the plaintiff shall have until July 22, 2005 to file the document.

   SO ORDERED.

   DATED this 8th day of July, 2005.

                    BY THE COURT:


                    __
                    s/F.A. GOSSETT
                    United States Magistrate Judge