IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES L. VAN SICKLE, | ) | |
| | ) | 4:04cv3239 |
| Plaintiff, | ) | |
| | ) | MEMORANDUM AND ORDER |
| v. | ) | |
| | ) | |
| BILLY JOE MIZE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing nos. 120, 128, and 134, post-judgment motions filed by the plaintiff, James L. Van Sickle.   Judgment has been entered in this case, and the Eighth Circuit Court of Appeals has dismissed the plaintiff's appeal as untimely.  Therefore, no further action will be taken on the plaintiffs' motions.  Filing nos. 120, 128, and 134 are denied.

SO ORDERED.

DATED this 27th day of March, 2006.

BY THE COURT:


s/Joseph F. Bataillon
United States District Judge